IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARGARET LEONA ROLAND,            )
                                  )
        Plaintiff,                 )
v.                                )       1:21CV582
                                  )
KILOLO KIJAKAZI, ACTING           )
COMMISSIONER OF SOCIAL            )
SECURITY,                         )
                                  )
        Defendant.                )

## ORDER

On November 21, 2022, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 24.) Defendant filed a response to Plaintiff's objection. (Doc. 25.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment (Doc. 14) is DENIED, Defendant's Motion for Judgment on the Pleadings (Doc. 19) is GRANTED, and the final decision of the Commissioner is upheld.

/s/   Thomas D. Schroeder
                                         United States District Judge

February 13, 2023